# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILLIP DAVIDSON,
Appellant,
vs.
INTOUCH CREDIT UNION, A
NATIONAL BANKING INSTITUTION,
Respondent.

No. 84659

**FILED**

JUN 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on May 4, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Elham Roohani, District Judge
Phillip Davidson
Alverson Taylor & Sanders
Eighth District Court Clerk

22-18214